**Order filed July 17, 2014**



In The

# Fourteenth Court of Appeals

_____

**NO. 14-14-00393-CV**
**NO. 14-14-00416-CV**

_____

### IN THE INTEREST OF S.R., S.R. AND B.R.S., CHILDREN

**On Appeal from the 300th District Court**
**Brazoria County, Texas**
**Trial Court Cause No. 70722**

## ORDER

On May 21, 2014, D.R. filed a notice of appeal from the judgment signed May 16, 2014, and the appeal was assigned to this court under our appellate number 14-14-00393-CV. On May 29, 2014, D.S. filed a notice of appeal from the same judgment, which was assigned to this court under our appellate number 14-14-00416-CV. On July 11, 2014, appellee filed a joint motion to consolidate the related appeals. The motion is GRANTED and we issue the following order:

We order the appeals pending under our appellate case numbers 14-14-00393-CV and 14-14-00416-CV CONSOLIDATED. The existing filing deadlines

in case number 14-14-00416-CV will apply to both cases.

PER CURIAM